**Dismissed; Opinion Filed June 28, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

## No. 05-18-00321-CV
_____

## IN THE INTEREST OF J.J.M., C.M.M. AND C.E.M., CHILDREN

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-16-07259**

# MEMORANDUM OPINION

Before Justices Lang-Miers, Evans, and Schenck
Opinion by Justice Evans

This is an appeal from a January 30, 2018 "judgment to 'modify' the parent-child relationship[.]" By letter dated May 4, 2018, we questioned our jurisdiction over the appeal as the clerk's record reflected that only an associate judge's "temporary report" had been signed on January 30th. The clerk's record also reflected no final judgment had yet been signed. We explained in our letter that, subject to a few mostly statutory exceptions, appeals to this Court may only be taken from final judgments, that is, judgments that dispose of all issues and parties. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). We also explained that, to the extent the "temporary report" could be construed as an order, temporary orders in family law cases are not appealable. *See* TEX. FAM. CODE ANN. § 105.001(e) (West 2014). We directed appellant, who is pro se, to file a letter brief addressing our concern and cautioned that failure to comply by May 23, 2018 could result in dismissal of the appeal without further notice. *See* TEX. R. APP. P.

42.3(a),(c).  Although appellant had previously received correspondence from the Court, the letter was returned May 22, 2018 undelivered, with the notation "ANK."

Texas Rule of Appellate Procedure 9.1(b) requires an unrepresented party to keep the Court apprised of his current mailing address.  *See* TEX. R. APP. P. 9.1(b).  Appellant has failed to do so and has not communicated with the Court since April 10, 2018.

With nothing in the record or otherwise before us showing a final judgment or appealable order has been signed, we dismiss the appeal for want of jurisdiction.  *See id.* 42.3(a).

/David Evans/
DAVID EVANS
JUSTICE

180321F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF J.J.M., C.M.M. AND C.E.M., CHILDREN

No. 05-18-00321-CV

On Appeal from the 256th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DF-16-07259.
Opinion delivered by Justice Evans, Justices Lang-Miers and Schenck participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 28th day of June, 2018.